UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ORLANDO SMITH,**

    **Plaintiff,**

**v.**                                                                                        **Case No: 6:16-cv-1878-Orl-41DCI**

**ORANGE COUNTY NATIONAL GOLF CLUB, LLC,**

    **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 20). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 21), in which he recommends that the Court grant the motion.

After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 20) is **GRANTED**; the parties' Fair Labor Standards Act Settlement Agreement is **APPROVED**; and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 8, 2017.



Copies furnished to:

Counsel of Record